UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-01839-MJS (PC)<br><br>**ORDER DENYING AS MOOT MOTION TO AMEND COMPLAINT**<br><br>**(ECF No. 9)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff filed his initial complaint on November 21, 2014. (ECF No. 1.) On January 23, 2015, Plaintiff filed a first amended complaint (ECF No. 8), as well as a motion to amend his complaint (ECF No. 9).

At this stage of the proceedings, Plaintiff is free to amend his complaint once as a matter of course. Fed. R. Civ. P. 15(a). He need not seek leave of the Court. Accordingly, his motion to amend the complaint (ECF No. 9) is HEREBY DENIED as moot. Plaintiff's first amended complaint (ECF No. 8) will be screened in due course. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:　January 26, 2015　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1