UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | **1:14-cv-01839-AWI-MJS (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING DEFENDANT ROMO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)**<br><br>**(ECF NO. 81)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 302.

On August 14, 2017, the magistrate judge issued findings and recommendations to dismiss Defendant Romo pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 81.) Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on August 14, 2017 (ECF No. 81) in full; and
2. Defendant Romo is dismissed pursuant to Rule 4(m) for failure to effect timely service.

IT IS SO ORDERED.

Dated:  October 11, 2017

_____
SENIOR DISTRICT JUDGE