| | |
|---|---|
| RUBEN VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | **1:14-cv-01839-AWI-MJS (PC)**<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR COPIES**<br><br>**(ECF NO. 83)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request for the Clerk's Office to provide copies to him and to Defendants of his Reply to Defendants' Opposition to Plaintiff's motion to amend. (ECF No. 83.) Plaintiff contends he was unable to obtain said copies before filing his brief. The Defense has not requested a copy.

    Although Plaintiff's motion to amend has now been denied (ECF No. 89), as an accommodation, the Court will provide a copy of the Reply to him.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for copies (ECF

No. 83) is GRANTED IN PART.  The Clerk of Court is directed to send Plaintiff one copy of his August 31, 2017, Reply (ECF No. 82).

IT IS SO ORDERED.

Dated:   January 10, 2018          /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

2