UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | **1:14-cv-01839-AWI-MJS (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS NON-COGNIZABLE CLAIMS**<br><br>**(ECF NO. 96)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 302.

On February 23, 2018, the magistrate judge issued findings and recommendations to dismiss non-cognizable claims. (ECF No. 96.) Plaintiff has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1

1. The Court adopts the findings and recommendations filed on February 23, 2018 (ECF No. 96) in full; and
2. This action proceeds only on Plaintiff's due process claims for damages against the following defendants in their individual capacities: Beard, Castorena, Galaviz, Jennings, Pina, Holland, Prince, Chavez, Vasquez, Edgar, Garcia, Mayfield, Patterson, Davey, Oliveira, Perez, Campbell, Wilson and Lester. All other claims and defendants are dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 25, 2018

SENIOR DISTRICT JUDGE